# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SIDNEY WEISS, JR., ET AL.** | § | **PLAINTIFFS** |
| | § | |
| v. | § | **CAUSE NO. 1:07cv1087 LG-JMR** |
| | § | |
| **GRANITE CONSTRUCTION CO.;** | § | |
| **ARCHER-WESTERN CONTRACTORS,** | § | |
| **LTD; GRANITE-ARCHER WESTERN;** | § | |
| **THE WALSH GROUP; WALSH** | § | |
| **CONSTRUCTION; and FICTITIOUS** | § | |
| **DEFENDANTS ABC, DEF, GHI, JKL,** | § | |
| **MNO, PQR, STU, VWX AND YZ** | § | **DEFENDANTS** |
| | § | |
| **WALSH CONSTRUCTION; GRANITE** | § | |
| **CONSTRUCTION CO,; ARCHER-** | § | |
| **WESTERN CONTRACTORS, LTD;** | § | |
| **GRANITE-ARCHER GROUP; and** | § | |
| **THE WALSH GROUP** | § | **THIRD PARTY PLAINTIFFS** |
| | § | |
| v. | § | |
| | § | |
| **D.T. READ STEEL COMPANY, INC.** | § | **THIRD PARTY DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [83] filed by Defendants Granite Construction Company, Archer-Western Contractors, Ltd. and Granite-Archer Western, a Joint Venture, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Granite Construction Company, Archer-Western Contractors, Ltd. and Granite-Archer Western, a Joint Venture, pursuant to FED. R. CIV. P. 56. All claims made by the parties having

now been resolved, this case may be finally dismissed.

**SO ORDERED AND ADJUDGED** this the 14th day of October 2009.

*s/Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge